# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5398**                                      **September Term, 2006**

06cv01798

Filed On:

Jonathan Steele,
     Appellant

v.

Supreme Court of the United States, et al.,
     Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED APR 13 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Brown, Circuit Judges

### O R D E R

Upon consideration of the trust account report and the consent to collection of fees, it is

**ORDERED** that, because appellant has insufficient funds in his trust account, appellant will not be assessed an initial filing fee. See 28 U.S.C. § 1915(b)(1).

Pursuant to appellant's consent to collection of fees, appellant's custodian is directed to collect and pay from appellant's trust account monthly installments of 20 per cent of the previous month's income credited to appellant's account, until the full $455 docketing fee has been paid. See 28 U.S.C. § 1915(b)(2). Such payments must be made each month the amount in the account exceeds $10. The payment must be by check or money order made payable to Clerk, U.S. District Court for the District of Columbia and must be designated as made in payment of the filing fee for Case No. 06-5398, an appeal from Civil Action No. 06cv1798. A copy of this order must accompany each remittance. In the event appellant is transferred to another institution, the balance due must be collected and paid to the Clerk by the custodian at appellant's next institution. Appellant's custodian must notify the Clerk, U.S. Court of Appeals for the District of Columbia Circuit and the Clerk, U.S. District Court for the District of Columbia, in the event appellant is released from custody.

The Clerk is directed to send a copy of this order to appellant, by whatever means necessary to ensure receipt, and to the Clerk, U.S. District Court for the District of Columbia. The Clerk is further directed to send to appellant's custodian a copy of this order and appellant's consent to collection of fees.

Per Curiam

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 29 2007

RECEIVED

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

JAN 29 2007

Jonathan Steele
Appellant/Petitioner

v.

Supreme Court of the U.S., et al.
Appellee/Respondent

Case No: 06-5398

LT. 06 cv01798

ORIGINAL

---

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

---

I, Jonathan Steele, Registration # X02419, hereby consent for the appropriate prison officials to withhold from my prison account and pay to the [ ] Clerk, U.S. District Court or [ ] Clerk, U.S. Court of Appeals an initial payment of 20% of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my note of appeal.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 per cent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the [ ] Clerk, U.S. District Court or [ ] Clerk, U.S. Court of Appeals, until such time as the [ ] $450 or [ ] $455 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the Court of Appeals.

_Jonathan Steele_
SIGNATURE OF APPELLANT/PETITIONER

This issue is a criminal matter therefore, fees should not be assessed. In addition, he has not received monies in 9 years with the exception of the mistake which was withdrawn to the correct prisoner. If the allocation is assessed he looks upon it as justice for sale, and will assert a writ of prohibition.

cc: Attorney General's Office

cnsnt.ifp rev. 4/9/06