# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-5398**                      **September Term, 2006**

06cv01798

Jonathan Steele,
        Appellant

v.

Supreme Court of the United States, et al.,
        Appellees

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 1 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Brown, Circuit Judges

### ORDER

Upon consideration of the motion for clarification, it is

**ORDERED** that the judgment filed April 27, 2007, be vacated. It is

**FURTHER ORDERED** that any funds deducted from appellant's trust account pursuant to this court's order filed April 13, 2007, be refunded by appellant's custodian. It is the opinion of this court that appellant did not consent to the withdrawal of fees from his trust account. It is

**FURTHER ORDERED** that appellant submit to this court a completed Consent to Collection of Fees within 30 days of the date of this order. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38. The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt, and to appellant's custodian.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Deputy Clerk/LD

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
## For The District Of Columbia Circuit

USCA NO. 06-5398

---

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

---

I, Jonathan Steele, #X02419, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the U.S. Court of Appeals for the District of Columbia Circuit an initial payment of 20% of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit, until such time as the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

---
SIGNATURE OF PRISONER